AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RODNEY SCOTT KNUTSON,

          Plaintiff,

          v.

CORPORAL BELL, C/O JOHN DOE RICHTER, BENTON COUNTY CORRECTIONS CENTER, and ALL CLASSIFICATION OFFICERS,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5034-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the complaint shall be DISMISSED with prejudice for failure to state a claim upon which relief may be granted against the named Defendants. 28 U.S.C. §§ 1915 (e)(2) and 1915A(b)(1).

July 8, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia